UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RANDAL WAYNE ADAMS,

    Plaintiff,

v.                                      Case No.  5:12-cv-84-Oc-18TBS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## SCHEDULING ORDER

This Social Security appeal came before the Court for consideration pursuant to the parties' consent to the exercise of civil trial jurisdiction by a United States Magistrate Judge under 28 U.S.C. § 636(c) and FED. R. CIV. P. 73.[1]  The Court has reviewed the Answer filed by the Commissioner and, accordingly, it is ORDERED that:

On or before the following dates, each party shall file and serve a brief setting forth concisely the basis for the affirmance or reversal of the final decision of the Commissioner, and a detailed analysis of the administrative record, with citation of authorities in support of the party's position, and to the administrative record:

        PLAINTIFF:           July 16, 2012

        COMMISSIONER:    September 14, 2012

The Court will make every effort to enter a final determination of this appeal within seven months from the date the Commissioner filed her Answer and the record from the administrative proceeding.

---

[1] On May 14, 2012, both parties consented to the exercise of jurisdiction by a magistrate judge in this case.  (Doc. 12). Accordingly, the case was referred to the undersigned by an Order of Reference on May 15, 2012. (Doc. 13).

The Court typically sets oral argument in consent cases. Motion practice in accordance with FED. R. CIV. P. 12(c) (judgment on the pleadings) or Rule 56 (summary judgment) is inappropriate.  Similarly, Plaintiff may seek remand in his brief, but should not file a separate motion to remand.

DONE AND ORDERED in Ocala, Florida, on May 16, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

Counsel of Record

Mary Ann Sloan, Chief Counsel
Office of the General Counsel, Region IV
Social Security Administration
61 Forsyth Street, S.W., Suite 20T45
Atlanta, Georgia 30303-8920